1 So.3d 309 (2009)
Lewis M. MOTON, Jr., Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 1D08-1571.
District Court of Appeal of Florida, First District.
January 16, 2009.
Lewis M. Moton, Jr., pro se, Appellant.
Bill McCollum, Attorney General; Kathleen Von Hoene, General Counsel, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. Mobley v. McNeil, 989 So.2d 1215 (Fla. 1st DCA 2008).
WOLF, LEWIS, and ROBERTS, JJ., concur.